# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2022

## NO. 03-22-00315-CV

**Michael DeLeon and Desiree DeLeon Individually, and as Representatives of the Estate of Sulema DeLeon, Appellants**

**v.**

**Trinity Health Center and Caraday Healthcare LLC, Appellees**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on May 6, 2022. The parties have filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.